IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETTY PHILLIPS-HERRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3961 |
| | § | |
| LEDCOR CONSTRUCTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Joint Motion for Extension of the Jurisdictional and Forum Motions Deadline is granted.

The defendants must file their motions on forum and jurisdiction by **October 26, 2012**. The oral hearing for the motions is reset from November 25, 2012 to **December 10, 2012**, at 8:30 a.m.

SIGNED on August 9, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge